|  |  |  |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| THOMAS TWISS, § <br> § <br> Plaintiff, § <br> § <br> versus § <br> § <br> MICHAEL ROESLIER, WARDEN, *et al.*, § <br> § <br> Defendants. § | CIVIL ACTION NO. 1:13-CV-631 |

# MEMORANDUM ORDER ADOPTING THE
# MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Thomas Twiss, an inmate confined at the Mark Stiles Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against defendants Oliver Bell and Brad Livingston.[1]

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends plaintiff's voluntary motion to dismiss be granted pursuant to Federal Rule of Civil Procedure 41(a)(2).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.

---

[1] Plaintiff's claims against Roeslier, Pille and Broussard were dismissed by Partial Judgment on May 18, 2016 (docket entry no. 54).

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED.** A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

SIGNED at Plano, Texas, this 9th day of November, 2016.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE